## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW CARR, | ) | CASE NO.: 1:17-CV-620 |
| | ) | |
| Plaintiff, | ) | JUDGE: DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **DECLARATION OF SERGEANT** |
| ALFRED JOHNSON, et al. | ) | **ALFRED JOHNSON** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

I, Alfred Johnson, submit this declaration pursuant to 28 U.S.C. § 1746.

1. I am a Sergeant with the Cleveland Division of Police Badge # 9224. I have served with the Cleveland Division of Police since 2007.

2. I have served with the Gang Impact Unit, first as a Detective and now as a Sergeant, since 2013.

3. As part of ongoing investigations into the Heartless Felons gang, I investigated Michael Menefield following his arrest in 2014 in the presence of Daryl Patton, Jr., a known member of the Heartless Felons. At the time of his arrest Menefield lived at 19409 Milan Drive, Maple Heights, Ohio.

4. Following his release from prison in the Fall of 2015, I continued to investigate Menefield by monitoring his social media accounts.

5. A confidential informant confirmed after Menefield's release from prison he continued to reside at 19409 Milan Drive.

6. Additionally the confidential informant stated Menefield is trafficking in guns with the Heartless Felons.

7. After viewing two social media posts showing Menefield with firearms, I reviewed databases including Distributive Factual Analysis Criminal Threat Solution (DFACTS) which is a database that reviews all public records related to a person and gives information including but not limited to addresses associated with electric bills, phone bills, Ohio Adult Parole Authority, as well as associated phone numbers, names of neighbors and relatives as well as effective dates of addresses used including what address or addresses are considered current. I also checked for Menefield's current address with Ohio Law Enforcement Gateway (OLEG), Law Enforcement Automated

Data System (LEADS), the Ohio Department of Rehabilitation and Corrections (ODRC), and the Bureau of Motor Vehicles (BMV). All of these sources listed Michael Menefield's current address as 19409 Milan Drive, Maple Heights, Ohio.

8. After confirming the 19409 Milan address with the databases, I surveilled 19409 Milan Drive but did not observe Menefield.

9. I drafted a search warrant and accompanying affidavit for criminal gang material and weapons at 19409 Milan Drive in Maple Heights, Ohio.

10. I send the drafts to Assistant Cuyahoga County Prosecutor Greg Ochocki for review. Assistant Prosecutor Ochocki suggested revisions to both documents. I incorporated the suggested revisions and brought the documents to the Cuyahoga County Common Pleas Court for judicial review and approval.

11. I intended to present the documents to the first Cuyahoga County Common Pleas Court Judge I encountered. I happened to first encounter Judge Michael Astrab.

12. Judge Astrab reviewed the documents and determined there was probable cause to execute the search warrant.

13. Prior to executing the search warrant, I again surveilled 19409 Milan Drive and observed a male matching the appearance of Michael Menefield.

14. The warrant was executed on April 15, 2016. Criminal gang tools were seized as a result of the search. All items taken from 19409 Milan Drive are still in custody of the Cleveland Division of Police Property Unit including firearms and mail addressed to Michael Menefield.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2018.

SERGEANT ALFRED JOHNSON