
EXHIBIT B

# Cuyahoga County Court of Common Pleas
## Criminal Court Division

| State of Ohio, | A True Bill Indictment For |
|---|---|
| Plaintiff | Felonious Assault - F1 |
| vs. | §2903.11(A)(2) |
| Andrew J. Carr, | |
| Defendant | 2 Additional Count(s) |

| Dates of Offense (on or about) | The Term Of | Case Number |
|---|---|---|
| April 15, 2016 | May of 2016 | 605515-16-CR |

The State of Ohio, } SS.
Cuyahoga County

CR16605515-A    94057859

| Count One | Felonious Assault - F1 |
|---|---|
| | §2903.11(A)(2) |
| Defendants | Andrew J. Carr |
| Date of Offense | On or about April 15, 2016 |

*The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully*

did knowingly cause or attempt to cause physical harm to P.O. Steven Davis by means of a deadly weapon or dangerous ordnance, to wit: firearm and/or handgun,.

FURTHERMORE, the victim is a peace officer.

### Firearm Specification - 1 year - §2941.141(A)

*The Grand Jurors further find and specify that*

the offender had a firearm on or about his person or under his control while committing the offense.

### Firearm Specification - 3 year - §2941.145(A)

*The Grand Jurors further find and specify that*

the offender had a firearm on or about his person or under his control while committing the offense and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

RECEIVED FOR FILING

MAY 0 9 2016

CUYAHOGA COUNTY CLERK OF
THE COURT OF COMMON PLEAS
By _____ Deputy

_____    _____
Foreperson of the Grand Jury              Prosecuting Attorney

Page 1 of 3

| **Count Two** | Felonious Assault - F1 |
|---|---|
| | §2903.11(A)(2) |
| **Defendants** | Andrew J. Carr |
| **Date of Offense** | On or about April 15, 2016 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly cause or attempt to cause physical harm to P.O. Keith Kulak by means of a deadly weapon or dangerous ordnance, to wit: firearm and/or handgun,.

FURTHERMORE, the victim is a peace officer.

### Firearm Specification - 1 year - §2941.141(A)

*The Grand Jurors further find and specify that*

the offender had a firearm on or about his person or under his control while committing the offense.

### Firearm Specification - 3 year - §2941.145(A)

*The Grand Jurors further find and specify that*

the offender had a firearm on or about his person or under his control while committing the offense and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____                                         _____
Foreperson of the Grand Jury                                                 Prosecuting Attorney

A True Bill Indictment

| | |
|---|---|
| **Count Three** | Felonious Assault - F1<br>§2903.11(A)(2) |
| **Defendants** | Andrew J. Carr |
| **Date of Offense** | On or about April 15, 2016 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly cause or attempt to cause physical harm to P.O. Ronald Dodge by means of a deadly weapon or dangerous ordnance, to wit: firearm and/or handgun,.

FURTHERMORE, the victim is a peace officer.

**Firearm Specification - 1 year - §2941.141(A)**

*The Grand Jurors further find and specify that*

the offender had a firearm on or about his person or under his control while committing the offense.

**Firearm Specification - 3 year - §2941.145(A)**

*The Grand Jurors further find and specify that*

the offender had a firearm on or about his person or under his control while committing the offense and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____     _____
Foreperson of the Grand Jury                       Prosecuting Attorney