1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF OHIO
2              EASTERN DIVISION

3                  - - -

4   Andrew Carr,              )
                              )
5            Plaintiff,       )
                              )
6        vs.                  )  Case No: 1:17-CV-00620
                              )  Judge Nugent
7   Detective Alfred Johnson, )
    et al.,                   )
8                             )
             Defendants.      )
9

10                 - - -

11

12        Deposition of Andrew Carr, the plaintiff

13   herein, called by the Defendant Detective Alfred

14   Johnson for cross-examination pursuant to the

15   Federal Rules of Civil Procedure, taken before

16   Constance Versagi, Notary Public in and for the

17   State of Ohio, at Burke Lakefront Airport, 1501

18   Marginal Road, Cleveland, Ohio on Thursday, August

19   23, 2018, commencing at 10:00 a.m.

20                 - - -

21

22

23

24

25

```
 1    APPEARANCES:

 2    On behalf of the Plaintiff:

 3          Carli R. Citraro, Esq.
            Raemarie C. Rini, Esq.
 4          Patituce & Associates, LLC
            26777 Lorain Road
 5          Suite 1
            North Olmsted, OH   44070
 6          440-471-7784
            Ccitraro@patitucelaw.com
 7

 8

 9    On behalf of the Defendant Det. Alfred Johnson:

10          John P. Bacevice, Esq.
            Janine Cappara, Esq.
11          Assistant Directors of Law
            City of Cleveland
12          Law Department
            601 Lakeside Avenue
13          Room 106
            Cleveland, Ohio  44114
14          216-664-2800
            Jbacevice@city.cleveland.oh.us
15

16

17    On behalf of the Defendants Officers Steven Davis
      and Keith Kulak and City of Solon:
18
            Thomas G. Lobe, Esq.
19          1300 Rockefeller Building
            614 Superior Ave, W
20          Cleveland, Ohio  44113
            440-725-5410
21          Tomlobe@yahoo.com

22

23

24

25
```

APPEARANCES:

On behalf of the Defendant Patrolman Ron Dodge:

     John Latchney, Esq.
     O'Toole, McLaughlin, Dooley & Pecora
     5455 Detroit Road
     Sheffield Village, OH 44504
     440-930-4001
     Jlatchney@omdplaw.com


On behalf of the Defendant Southeast Area Law Enforcement Network:

     Brian Borla, Esq.
     Hanna, Campbell & Powell
     3737 Embassy Parkway
     Suite 100
     Akron, OH 44333
     330-670-7300
     Bborla@hcplaw.net


                  - - -

```
 1                          INDEX

 2    WITNESS:                CROSS      REDIRECT

 3    Andrew Carr

 4         By Mr. Bacevice    5/86

 5         By Mr. Lobe        52

 6         By Ms. Citraro                82

 7                          - - -

 8

 9              (No exhibits marked.)

10

11                          - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        ANDREW CARR
 2   of lawful age, being first duly sworn, as
 3   hereinafter certified, was examined and testified
 4   as follows:
 5                   CROSS-EXAMINATION
 6   By Mr. Bacevice:
 7   Q      Good morning.  Can you please state and spell
 8          your name for the record?
 9   A      Andrew Carr, A N D R E W, C A R R.
10   Q      Good morning, Mr. Carr.  My name is Jack
11          Bacevice.  I'm an attorney with the City of
12          Cleveland.  I represent Detective, now
13          Sergeant Alfred Johnson in this matter.
14   A      Good morning.
15   Q      I'm going to be taking your deposition this
16          morning.  Have you ever had your deposition
17          taken before?
18   A      No.
19   Q      Let's go over some ground rules.  It's pretty
20          simple.  I'm going to ask you straightforward
21          questions to the best of my ability.  You are
22          going to have to give me straightforward
23          answers, okay?
24   A      Okay.
25   Q      One of the first things, you have to answer
```

| | | |
|---|---|---|
| 1 | A | Know what? |
| 2 | Q | You don't know for certain that she had it in |
| 3 | | Bedford.  You just know it wasn't in the house |
| 4 | | that day? |
| 5 | A | I don't think it was in house that day. |
| 6 | Q | At some point he got it back from your mom, or |
| 7 | | it's your stepmom right? |
| 8 | A | Yes, my stepmom. |
| 9 | Q | He got it back from her at some point because |
| 10 | | he has it now, right? |
| 11 | A | Yes. |
| 12 | Q | You just don't know when? |
| 13 | A | No, I don't. |
| 14 | Q | So, you were arrested, right? |
| 15 | A | Yes. |
| 16 | Q | Do you know who put you under arrest? |
| 17 | A | When I was in -- actually in the jail, or |
| 18 | | like -- |
| 19 | Q | On the scene, do you know who put handcuffs on |
| 20 | | you? |
| 21 | A | No. |
| 22 | Q | Do you know what department?  Do you know |
| 23 | | anything about the person who put handcuffs on |
| 24 | | you? |
| 25 | A | No, I don't. |

```
1   State of Ohio,           )
                             ) SS:   CERTIFICATE
2   County of Cuyahoga.      )

3         I, Constance Versagi, Court Reporter and

4   Notary Public in and for the State of Ohio, duly

5   commissioned and qualified, do hereby certify that

6   the within named witness, Andrew Carr,

7   was by me first duly sworn to testify the truth, the

8   whole truth, and nothing but the truth in the cause

9   aforesaid; that the testimony then given by him was

10  by me reduced to stenotypy/computer in the presence

11  of said witness, afterward transcribed, and that the

12  foregoing is a true and correct transcript of the

13  testimony so given by him as aforesaid.

14        I do further certify that this deposition was

15  taken at the time and place in the foregoing caption

16  specified, and was completed without adjournment.

17        I do further certify that I am not a relative,

18  counsel, or attorney of either party, or otherwise

19  Interested in the event of this action.

20        IN WITNESS WHEREOF, I have hereunto set my

21  hand and affixed my seal of office at Cleveland,

22  Ohio, on this 5th day of September, 2018.

23

24  _____
    Constance Versagi, Court Reporter and
    Notary Public in and for the State of Ohio.
25  My Commission expires January 14, 2023.
```