```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                         - - -

 4    Andrew Carr,                  )
                                    )
 5           Plaintiff,             )
                                    )
 6        vs.                       )  Case No: 1:17-CV-00620
                                    )  Judge Nugent
 7    Detective Alfred Johnson,     )
      et al.,                       )
 8                                  )
             Defendants.            )
 9

10                         - - -

11

12        Deposition of Derrick Carr, a witness herein,

13   called by the Defendant Detective Alfred Johnson for

14   cross-examination pursuant to the Federal Rules of

15   Civil Procedure, taken before Constance Versagi,

16   Notary Public in and for the State of Ohio, at Burke

17   Lakefront Airport, 1501 Marginal Road, Cleveland,

18   Ohio on Thursday, August 23, 2018, commencing at

19   12:03 p.m.

20                         - - -

21

22

23

24

25
```

```
 1   APPEARANCES:

 2   On behalf of the Plaintiff:

 3        Carli R. Citraro, Esq.
          Raemarie C. Rini, Esq.
 4        Patituce & Associates, LLC
          26777 Lorain Road
 5        Suite 1
          North Olmsted, OH  44070
 6        440-471-7784
          Ccitraro@patitucelaw.com
 7

 8


 9   On behalf of the Defendant Det. Alfred Johnson:

10        John P. Bacevice, Esq.
          Janine Cappara, Esq.
11        Assistant Directors of Law
          City of Cleveland
12        Law Department
          601 Lakeside Avenue
13        Room 106
          Cleveland, Ohio  44114
14        216-664-2800
          Jbacevice@city.cleveland.oh.us
15


16

17   On behalf of the Defendants Officers Steven Davis
     and Keith Kulak and City of Solon:
18
          Thomas G. Lobe, Esq.
19        1300 Rockefeller Building
          614 Superior Ave, W
20        Cleveland, Ohio  44113
          440-725-5410
21        Tomlobe@yahoo.com

22

23

24

25
```

```
 1  APPEARANCES:

 2  On behalf of the Defendant Patrolman Ron Dodge:

 3       John Latchney, Esq.
         O'Toole, McLaughlin, Dooley & Pecora
 4       5455 Detroit Road
         Sheffield Village, OH  44504
 5       440-930-4001
         Jlatchney@omdplaw.com
 6


 7

 8  On behalf of the Defendant Southeast Area Law
    Enforcement Network:
 9
         Brian Borla, Esq.
10       Hanna, Campbell & Powell
         3737 Embassy Parkway
11       Suite 100
         Akron, OH  44333
12       330-670-7300
         Bborla@hcplaw.net
13

14

15                      - - -

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX
 2    WITNESS:                           CROSS
 3    Derrick Carr
 4         By Mr. Bacevice                 5
 5         By Mr. Latchney                46
 6                       - - -
 7
 8              (No exhibits marked.)
 9
10                       - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    DERRICK CARR
 2   of lawful age, being first duly sworn, as
 3   hereinafter certified, was examined and testified
 4   as follows:
 5                  CROSS-EXAMINATION
 6   By Mr. Bacevice:
 7   Q      Good afternoon.  Can you please state and
 8          spell your name for the record?
 9   A      My name is Derrick Carr.
10   Q      Can you please spell that?
11   A      D E R R I C K, C A R R.
12   Q      Mr. Carr, my name is Jack Bacevice.  I'm an
13          attorney with the City of Cleveland.  I
14          represent now Sergeant Alfred Johnson.  I will
15          be taking your deposition this afternoon.
16          Have you ever had your deposition taken
17          before?
18   A      Yes, sir.
19   Q      In what context, what type of case?
20   A      March 13th I think, 2006, my stepkids' father
21          entered the house and there was an
22          altercation.  He filed a lawsuit for $100,000.
23   Q      That was Mr. Menefield?
24   A      Yes.
25   Q      It's been a little while.  I'm going to go
```

1  Andrew went out to Eastlake, because one of
2  the officers took his CCW license from him.
3  When he went out to Eastlake to have his CCW
4  license renewed because it was at the house,
5  it wasn't returned to him. That's in
6  September when he got out. When he went to
7  Eastlake, to the Sheriff's Department, they
8  told him that they were not aware that his
9  license had been suspended. They would need
10 to do some checks and have it returned to him.
11         Probably a week later, he got a letter
12 from the Sheriff's Department, saying that his
13 gun license was suspended as of sometime in
14 October or something like that.
15 Q  The Lake County Sheriff?
16 A  Yes.
17 Q  The people you saw outside, the officers, how
18    were they dressed?
19 A  They were in camouflage. If I was given an
20    opportunity to open the door, I would have.
21    Once that person turned the firearm on me, I
22    am about to be shot, I dive on the floor. As
23    soon as I hit the floor, someone was standing
24    on my neck.
25 Q  Your testimony is that the clothing they were

| | | |
|---|---|---|
| 1 | | wearing did not say police on it? |
| 2 | A | Sir, I saw camouflage. I wasn't standing |
| 3 | | there long enough to fully identify if it said |
| 4 | | police or not. I recognized them to be police |
| 5 | | officers, but I was not given an opportunity |
| 6 | | to move from my front window, to open my door. |
| 7 | Q | I appreciate that. In that first moment you |
| 8 | | did not have the opportunity. You just |
| 9 | | reacted quickly? |
| 10 | A | Yes. |
| 11 | Q | I get that. It was a while. There were times |
| 12 | | you were outside speaking with them? |
| 13 | A | No, I recognized them as police officers. |
| 14 | Q | Eventually you did see they had police -- |
| 15 | A | Once they were standing on my neck, I realized |
| 16 | | that they were police officers. The flash |
| 17 | | bang grenade was already going off. There was |
| 18 | | smoke all over the house. I was the only |
| 19 | | person downstairs at that time. |
| 20 | Q | Were you handcuffed? |
| 21 | A | Yes, I was. |
| 22 | Q | You were never charged with any crime? |
| 23 | A | No. |
| 24 | Q | You were released. |
| 25 | | You testified earlier that you retired |

```
State of Ohio,          )
                        ) SS:  CERTIFICATE
County of Cuyahoga.     )
```

   I, Constance Versagi, Court Reporter and Notary Public in and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within named witness, Derrick Carr, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth in the cause aforesaid; that the testimony then given by him was by me reduced to stenotypy/computer in the presence of said witness, afterward transcribed, and that the foregoing is a true and correct transcript of the testimony so given by him as aforesaid.

   I do further certify that this deposition was taken at the time and place in the foregoing caption specified, and was completed without adjournment.

   I do further certify that I am not a relative, counsel, or attorney of either party, or otherwise interested in the event of this action.

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this 5th day of September, 2018.

_____
Constance Versagi, Court Reporter and
Notary Public in and for the State of Ohio.
My Commission expires January 14, 2023.