Print

## CASE INFORMATION

### CR-14-588008-B THE STATE OF OHIO vs. MICHAEL E MENEFIELD

#### Case Information

| | |
|---|---|
| Number: | CR-14-588008-B |
| Status: | CASE CLOSED |
| Judge Name: | JOSEPH D RUSSO |
| Next Event: | N/A |
| Arrested Date: | N/A |
| Arresting Agency: | CLEVELAND POLICE |
| Arresting Agency Report: | N/A |
| Court of Appeals Case: | N/A |

#### Defendant Information

| | |
|---|---|
| Number: | 12851896 |
| Name: | MICHAEL E MENEFIELD |
| Status: | DEFN LVJAIL |
| Date of Birth: | 11/28/1992 |
| Race: | BLACK |
| Sex: | MALE |
| Other Cases: | CR-16-605515-B, CR-12-568451-A |
| Co-Defendants: | DASJUAN DEMETRUIS SCRUGGS (A) |

#### Charges

| Type | Statute | Description | Disposition |
|---|---|---|---|
| INDICT | 2923.12.A(2) | CARRYING CONCEALED WEAPONS | NOLLE |
| INDICT | 2923.12.A(2) | CARRYING CONCEALED WEAPONS | NOLLE |
| INDICT | 2923.16.B | IMPROPERLY HANDLING FIREARMS IN A MOTOR VEHICLE | PLD GLTY- N/C - IND @ P/T |

#### Bond Information

| Bond Number | Amount | Type | Date Set | Date Posted | Bondsman/Surety Co. |
|---|---|---|---|---|---|
| 650476 | $.00 | PERSONAL | 08/02/2014 | 08/02/2014 | |
| 650666 | $5,000.00 | PERSONAL | 08/06/2014 | 08/06/2014 | |

#### Case Actions



EXHIBIT B

| Event Date | Event |
|---|---|
| 04/01/2015 | LEAVING JAIL |
| 03/24/2015 | SENTENCED |
| 03/24/2015 | JAIL |
| 01/20/2015 | P.S.I. CPT |
| 01/06/2015 | PLEA |
| 01/06/2015 | REFERRED PROBATION - PSI |
| 12/02/2014 | PRETRIAL HELD |
| 12/02/2014 | CONTINUANCE |
| 11/03/2014 | CONTINUANCE |
| 11/03/2014 | PRETRIAL HELD |
| 10/14/2014 | CONTINUANCE |
| 10/14/2014 | PRETRIAL HELD |
| 09/24/2014 | CONTINUANCE |
| 09/24/2014 | PRETRIAL HELD |
| 09/17/2014 | CONTINUANCE |
| 09/17/2014 | PRETRIAL HELD |
| 09/02/2014 | INDICTED INFORMATION |
| 09/02/2014 | INDICTED BY INFORMATION |
| 08/26/2014 | CONTINUANCE |
| 08/20/2014 | CONTINUANCE |
| 08/13/2014 | CONTINUANCE |
| 08/06/2014 | BAIL |
| 08/06/2014 | INITIAL APPEARANCE |
| 08/06/2014 | JAIL |
| 08/02/2014 | CPD EDC SET |
| 08/02/2014 | BINDOVER CIF#CI144492AA |
| 08/02/2014 | TRANSCRIPT FILED |
| 08/01/2014 | ARRESTED |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
For questions/comments please click here.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.186

# CASE INFORMATION

## CR-14-588008-B THE STATE OF OHIO vs. MICHAEL E MENEFIELD

### Docket Information

| Proceeding Date | Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|---|
| 04/02/2015 | 04/02/2015 | N/A | CS | COURT COST ASSESSED MICHAEL E MENEFIELD BILL AMOUNT 50 PAID AMOUNT 0 AMOUNT DUE 50 | |
| 04/02/2015 | 04/09/2015 | N/A | JE | IT IS HEREBY ORDERED THAT GIAN M DE CARIS, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $1,000.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. 1502341 04/02/2015 CPMKE 04/02/2015 14:34:28 | 📄 |
| 03/30/2015 | 03/30/2015 | N/A | CS | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 | |
| 03/26/2015 | 03/26/2015 | D | RE | ATTORNEY FEE BILL SUBMITTED GIAN M. DE CARIS | |
| 03/25/2015 | 03/25/2015 | N/A | CS | COURT REPORTER FEE | |
| 03/24/2015 | 03/30/2015 | N/A | JE | DEFENDANT IN COURT. COUNSEL GIAN M DE CARIS PRESENT. COURT REPORTER MAUREEN POVINELLI PRESENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO IMPROPERLY HANDLING FIREARMS IN A MOTOR VEHICLE 2923.16 B F4 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 4 OF THE INFORMATION. COUNT(S) 2, 3 WAS/WERE NOLLED. DEFENDANT TO FORFEIT TO THE STATE: 12 UNCLE MIKE HOLSTER, 1 BLACK FACE MASK, 27 MAGAZINES, 1 BLACK HAWK HOLSTER SIZE 5 AND AMMUNITION, BLACK GLOCK MODEL 26 9MM SEMI AUTOMATIC PISTOL SERIAL # HHH968, 1 BLACK HIGH POINT 9MM SEMI AUTOMATIC PISTOL MODEL C-9 SERIAL # 1221378. DEFENDANT ADDRESSES THE COURT. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 6 MONTH(S). DEFENDANT ELIGIBLE FOR JUDICIAL RELEASE. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR UP TO 3 YEARS FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT IF/WHEN POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. DEFENDANT TO RECEIVE JAIL TIME CREDIT FOR 1 DAY(S), TO DATE. COSTS WAIVED DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT MICHAEL E MENEFIELD, DOB: 11/28/1992, GENDER: MALE, RACE: BLACK. 03/24/2015 CPKAO 03/24/2015 15:02:32 | 📄 |

| | | | | |
|---|---|---|---|---|
| 02/24/2015 | 02/27/2015 | N/A | JE | SENTENCING PREVIOUSLY SCHEDULED FOR 02/24/2015 AT 09:00AM IS RESCHEDULED FOR 03/24/2015 AT 09:00AM. AT THE REQUEST OF DEFENDANT. ORIGINAL BOND CONTINUED. DEFENDANT ORDERED TO BE SCREENED FOR ELIGIBILITY BY CBCF PERSONNEL TO BE PLACED IN THE JUDGE NANCY R. MCDONNELL COMMUNITY BASED CORRECTIONAL FACILITY COMMUNITY BASED CORRECTIONAL FACILITY. 02/24/2015 CPKG1 02/24/2015 14:09:54 |
| 02/11/2015 | 02/11/2015 | N/A | JE | SENTENCING PREVIOUSLY SCHEDULED FOR 02/11/2015 AT 09:00AM IS RESCHEDULED FOR 02/24/2015 AT 09:00AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: SCHEDULING CONFLICT 02/11/2015 CPMBX 02/11/2015 14:20:33 |
| 02/04/2015 | 02/04/2015 | N/A | JE | SENTENCING PREVIOUSLY SET FOR 02/04/2015 AT 10:00AM IS RESET FOR 02/11/2015 AT 09:00AM. AT THE REQUEST OF COURT. REASON FOR CONTINUANCE: COURT UNAVAILBLE. 02/04/2015 CPAJB 02/04/2015 12:27:04 |
| 01/07/2015 | 01/07/2015 | N/A | CS | COURT REPORTER FEE |
| 01/06/2015 | 01/07/2015 | N/A | JE | DEFENDANT IN COURT WITH COUNSEL GIAN M DE CARIS. PROSECUTING ATTORNEY(S) ASHLEY KILBANE PRESENT. COURT REPORTER PRESENT. DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES. DEFENDANT ENTERS A PLEA TO THE INFORMATION. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO IMPROPERLY HANDLING FIREARMS IN A MOTOR VEHICLE 2923.16 B F4 WITH FORFEITURE SPECIFICATION(S) (2941.1417) AS CHARGED IN COUNT(S) 4 OF THE INFORMATION. COUNT(S) 2, 3 IS/ARE NOLLED. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. DEFENDANT TO FORFEIT TO THE STATE: 12 UNCLE MIKE HOLSTER, 1 BLACK FACE MASK, 27 MAGAZINES, 1 BLACK HAWK HOLSTER SIZE 5 AND AMMUNITION, BLACK GLOCK MODEL 26 9MM SEMI AUTOMATIC PISTOL SERIAL # HHH968, 1 BLACK HIGH POINT 9MM SEMI AUTOMATIC PISTOL MODEL C-9 SERIAL # 1221378. THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT. THE DEFENDANT IS REFERRED FOR TASC DRUG/ALCOHOL ASSESSMENT. ORIGINAL BOND CONTINUED. SENTENCING SET FOR 02/04/2015 AT 10:00 AM. 01/06/2015 CPKAO 01/07/2015 15:03:52 |
| 12/02/2014 | 12/03/2014 | N/A | JE | PRETRIAL HELD 12/02/2014. PRETRIAL CONTINUED TO 01/06/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 12/02/2014 CPLD1 12/02/2014 14:15:23 |
| 11/03/2014 | 11/06/2014 | N/A | JE | PRETRIAL HELD 11/03/2014. PRETRIAL CONTINUED TO 12/02/2014 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 11/03/2014 CPLD1 11/04/2014 14:36:56 |
| 10/14/2014 | 10/16/2014 | N/A | JE | PRETRIAL HELD 10/14/2014. PRETRIAL CONTINUED TO 11/03/2014 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 10/14/2014 CPLD1 10/14/2014 13:15:26 |
| 09/24/2014 | 09/29/2014 | N/A | JE | PRETRIAL HELD 09/24/2014. PRETRIAL CONTINUED TO 10/14/2014 AT 09:00 AM AT THE REQUEST OF DEFENDANT. |

| Date | Date | Party | Type | Description |
|---|---|---|---|---|
| | | | | REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 09/24/2014 CPLD1 09/24/2014 14:55:45 |
| 09/19/2014 | 09/19/2014 | P | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |
| 09/17/2014 | 09/22/2014 | N/A | JE | PRETRIAL HELD 09/17/2014. PRETRIAL CONTINUED TO 09/24/2014 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: ON GOING DISCOVERY 09/17/2014 CPLD1 09/17/2014 13:22:58 |
| 09/08/2014 | 09/08/2014 | P | MO | STATE'S BILL OF PARTICULARS, FILED. |
| 09/08/2014 | 09/08/2014 | P | MO | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY AND BILL OF PARTICULARS UNDER RULE 16, FILED. |
| 09/08/2014 | 09/08/2014 | P | MO | STATE'S DEMAND FOR DISCOVERY, FILED. |
| 09/03/2014 | 09/03/2014 | N/A | CS | COURT REPORTER FEE |
| 09/02/2014 | 09/02/2014 | D1 | JE | WAIVER OF INDICTMENT WITH COUNSEL, RECEIVED FOR FILING 09/02/2014. |
| 09/02/2014 | 09/04/2014 | N/A | JE | PRETRIAL SET FOR 09/17/2014 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. 09/02/2014 CPLD1 09/02/2014 12:20:32 |
| 09/02/2014 | 09/02/2014 | N/A | GP | INDICTED BY INFORMATION ON 09/02/2014 15:53:22 |
| 09/02/2014 | 09/02/2014 | N/A | GP | TRIAL BEING ARRAIGNED BY PROSECUTOR |
| 09/02/2014 | 09/02/2014 | N/A | CR | INDICTED INFORMATION ON 09/02/2014 |
| 08/26/2014 | 08/27/2014 | N/A | JE | EARLY CASE MANAGEMENT HELD 08/26/2014. EARLY CASE MANAGEMENT CONTINUED TO 09/02/2014 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS 08/26/2014 CPLD1 08/26/2014 15:44:16 |
| 08/20/2014 | 08/20/2014 | N/A | JE | EARLY CASE MANAGEMENT HELD 08/20/2014. EARLY CASE MANAGEMENT CONTINUED TO 08/26/2014 AT 10:30 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: ON GOING DISCOVERY 08/20/2014 CPLD1 08/20/2014 12:27:31 |
| 08/13/2014 | 08/13/2014 | N/A | JE | EARLY CASE MANAGEMENT HELD 08/13/2014. EARLY CASE MANAGEMENT CONTINUED TO 08/20/2014 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: ON GOING DISCOVERY 08/13/2014 CPLD1 08/13/2014 13:08:12 |
| 08/11/2014 | 08/11/2014 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 08/07/2014 | 08/07/2014 | D1 | MO | REQUEST FOR BILL OF PARTICULARS, FILED. |
| 08/07/2014 | 08/07/2014 | D1 | MO | MOTION TO DISCLOSE RULE 404(B) EVIDENCE PRIOR TO TRIAL AND MEMORANDUM IN SUPPORT, FILED. |
| 08/07/2014 | 08/07/2014 | D1 | MO | DEFENDANT'S DEMAND FOR DISCOVERY, FILED. |
| 08/06/2014 | 08/06/2014 | N/A | BN | $5,000.00 PERSONAL BOND POSTED ON 08/06/2014 BY DEFENDANT. BOND NO. 650666 |
| 08/06/2014 | 08/06/2014 | N/A | JE | INITIAL APPEARANCE HELD 08/06/2014. DEFENDANT IN COURT FOR INITIAL APPEARANCE VIA VIDEO. DEFENDANT DECLARED INDIGENT. COURT ASSIGNED GIAN M DE CARIS AS COUNSEL. BOND SET AT 5,000.00 DOLLARS. BOND TYPE: PERSONAL. . JUDGE JOSEPH D RUSSO (332) ASSIGNED (MANUALLY). COUNSEL SHOULD CONTACT THE ASSISTANT COUNTY PROSECUTOR AT 216-443-7800 IMMEDIATELY FOLLOWING THIS HEARING. ECM STANDING ORDER: 1. CASE IS ON FOR CONSIDERATION OF EARLY CHARGING AND DISPOSITION UNTIL 09/05/2014. 2. ECM HEARING SET |

08/13/2014 @ 09:30 AM IN COURTROOM 22D JUSTICE CENTER. ALL PARTIES AND COUNSEL SHALL BE PRESENT. 3. DEFT AND DEFT COUNSEL SHALL ESTABLISH COMMUNICATION AS SOON AS POSSIBLE BY PHONE OR IN PERSON. RETAINED COUNSEL SHALL FILE NOTICE OF APPEARANCE FORTHWITH. 4. STATE SHALL PROVIDE OPEN DISCOVERY ON PORTAL PURSUANT TO CRIM. R. 16. DEFT COUNSEL TO OBTAIN AND EXCHANGE DISCOVERY IN COMPLIANCE WITH CR. R. 16. 5. PROSECUTOR AND DEFT COUNSEL ARE ENCOURAGED TO CONDUCT PHONE CONFERENCE OR IN PERSON-MEETING PRIOR TO AND IN PREPARATION FOR ECM TO DISCUSS FACTS OF THE CASE AND TO DECIDE WHETHER DEFT MAY BE PLACED IN A DIVERSION PROGRAM, CHARGED BY INFORMATION, OR HAVE CASE PRESENTED TO THE GRAND JURY. 6. INFORMATIONS, WAIVERS AND ACCEPTANCES TO DIVERSIONARY PROGRAMS SHALL BE FILED BY THE STATE WITH THE CLERK OF COURTS BY 09/05/2014 OR CASE SHALL BE REMOVED FROM ECM. 7. IN EVENT CASE IS NOT RESOLVED IN ECM PROCESS, CASE SHALL BE RETURNED TO THE PROSECUTOR FOR FURTHER ACTION. FAILURE TO INDICT OR OTHERWISE RESOLVE BY 09/05/2014 MAY RESULT IN TERMINATION OF CHARGES.

| Date | Date | | Code | Description |
|---|---|---|---|---|
| 08/05/2014 | 08/05/2014 | N/A | SF | LEGAL RESEARCH |
| 08/05/2014 | 08/05/2014 | N/A | SF | COURT SPECIAL PROJECTS FUND |
| 08/05/2014 | 08/05/2014 | N/A | SF | CRIME STOPPERS |
| 08/05/2014 | 08/05/2014 | N/A | SF | COMPUTER FEE |
| 08/05/2014 | 08/05/2014 | N/A | SF | CLERK FEE |
| 08/02/2014 | 08/02/2014 | N/A | SC | INITIAL APPEARANCE SET FOR 08/06/2014 AT 01:45PM. |
| 08/02/2014 | 08/02/2014 | N/A | CS | CLEVELAND MUNI COURT COST, CASE 2014CRA021938 |
| 08/02/2014 | 08/02/2014 | N/A | GP | PERSONAL BOND SET AND POSTED, AMOUNT $.00 / ALSO HAS CASE#2014TRC040940 UNDER 4311.01A4, 431.12 AND 431.14 (PERSONAL BOND) |
| 08/02/2014 | 08/02/2014 | N/A | CR | TRANSCRIPT FILED |
| 08/02/2014 | 08/02/2014 | N/A | CR | BINDOVER CIF#CI144492AA |
| 08/02/2014 | 08/02/2014 | N/A | CR | CIF ENTERED |
| 08/01/2014 | 08/02/2014 | N/A | CR | ARRESTED 08/01/2014 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
For questions/comments please click here.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.186

Print

# CASE INFORMATION

## CR-14-588008-B  THE STATE OF OHIO vs. MICHAEL E MENEFIELD

### General Information

| | |
|---|---|
| **Name:** | MICHAEL E MENEFIELD |
| **Defendant ID:** | 12851896 |
| **Def Status:** | DEFN LVJAIL |
| **Marital Status:** | S |
| **Birth City:** | OH |
| **Birth State:** | N/A |
| **Citizenship:** | N/A |

### Address Information

| | |
|---|---|
| **Address:** | 19321 MILAN DRIVE |
| **Line 2:** | N/A |
| **City, State, Zip:** | MAPLE HEIGHTS, OH 44137-0000 |

### Alias Information

| Name | DOB |
|---|---|
| MICHAEL MENEFIELD | 11/28/1992 |
| MICHAEL MEREFIELD | |

### Identifying Characteristics

| | |
|---|---|
| **Race:** | BLACK |
| **Height:** | 5'10 |
| **Sex:** | MALE |
| **Weight:** | 160 |
| **Age:** | 25 |
| **Eyes:** | BROWN |
| **DOB:** | 11/28/1992 |
| **Hair:** | N/A |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
For questions/comments please click here.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.186