OCTOBER 31, 2016, MONDAY MORNING SESSION

THE COURT: We are here in 605515, State of Ohio versus Andrew Carr. Today is the trial date. And I also have a motion for -- a suppression motion pending.

What's the status of the case?

I should announce that both, Mr. Carr and counsel are present. Mr. Patituce is representing him. Representing the State of Ohio, assistant county prosecutor, John Kirkland.

What's the status of the case, Mr. Kirkland?

MR. KIRKLAND: Thank you, Your Honor. After extensive discussions with Andy Nichol, head of the criminal division, Your Honor, as well as talking to, basically, virtually all members of law enforcement who were involved in this search, Your Honor, and discussing it with them, the State believes that the defendant may have a viable defense, Your Honor, such that it would be inappropriate to go forward at this point in time, Your Honor.

The State is consequently moving to

EXHIBIT L

```
 1    dismiss without prejudice.
 2            THE COURT:           I take it
 3    there's no objection, Mr. Patituce.
 4            MR. PATITUCE:        No objection,
 5    Your Honor.
 6            THE COURT:           The Court
 7    accepts that dismissal without prejudice.
 8            Mr. Carr, that means that this case
 9    is dismissed. I'm sure your attorney has told
10    you -- and if he hasn't, he will explain after
11    this hearing -- "without prejudice" means that
12    the State has the opportunity so long as it's
13    within the statute of limitations to re-file
14    the case again. So "without prejudice" means
15    that they may file the case again. That's up
16    to them to decide that. But "without
17    prejudice," that's its meaning. "Dismissal"
18    means the case is closed as of now.
19            So good luck to you, sir, and to your
20    father -- is he here today?
21            MR. CARR:            Yes, sir.
22            THE COURT:           Good luck to
23    both of you. You don't have anything to worry
24    about in this case.
25            Good luck to you.
```

Timestamps: 10:00:56AM (line 10), 10:01:27AM (line 20)

```
1              THE DEFENDANT:        Thank you.
2              MR. PATITUCE:         Thank you, Your
3       Honor.
4              (Thereupon, Court was adjourned.)
5                      -  -  -  -
```

C E R T I F I C A T E

We, Mary E. Schuler and Robert P. Lloyd, Official Court Reporters for the Court of Common Pleas, Cuyahoga County, Ohio, do hereby certify that as such reporters we took down in stenotype all of the proceedings had in said Court of Common Pleas in the above-entitled cause; that we have transcribed our said stenotype notes into typewritten form, as appears in the foregoing Transcript of Proceedings; that said transcript is a complete record of the proceedings had in the trial of said cause and constitutes a true and correct Transcript of Proceedings had therein.

---------------------------------  ---------------------------
Robert P. Lloyd, RMR, CRR          Mary E. Schuler, RPR
Official Court Reporter            Official Court Reporter
Cuyahoga County, Ohio              Cuyahoga County, Ohio