# CITY OF MAPLE HEIGHTS, OHIO
## POLICE DEPARTMENT
### STATEMENT

Page 1 of ____

| THIS BOX FOR POLICE USE ONLY | THIS BOX FOR POLICE USE ONLY |
|---|---|
| COMPLAINT NUMBER: MA 16 - 0027496 <br> TIME INCIDENT OCCURRED: <br> BETWEEN Friday 4/15/16 0701 HOURS <br> AND ___ / ___ HOURS <br> ADDRESS OF INCIDENT: | Person writing statement is (Check all that apply) <br> ☐ Person Reporting <br> ☐ Witness <br> ☐ Victim <br> ☐ Property / Vehicle Owner <br> ☐ Manager / Business Owner <br> ☐ Other Involved |

| TITLE | FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX (I, II, Sr, Jr) |
|---|---|---|---|---|
|  | Steven |  | Davis |  |

[redacted]

**STATE FULLY THE CIRCUMSTANCES PERTAINING TO THE EVENT:**

Member of SEALE SWAT team serving a search warrant at 19409 Milan, Maple Hts. I was the second man to enter the structure. After the door was breached via ram, I threw NFDD flash bang into the living room which had a wood floor. I entered behind Dodge. As we entering, I heard a icing from the flashbang followed by a "pop" that I recognized as a gun shot. By the time the sound of the gun shot processed in my brain, I was in the living room and was beginning to clear.

SIGNATURE: ____ DATE 4/15/16 TIME 08:00 AM/PM

SIGNATURE OF PARENT / GUARDIAN / LOCO PARENTIS ____

REPORTING OFFICER SIGNATURE ____ BADGE ____

**EXHIBIT G**

Cuyahoga County Prosecutor's Office 5181803 128736 V5541244-56 PKG1