# CITY OF MAPLE HEIGHTS, OHIO
## POLICE DEPARTMENT
### STATEMENT

Page 1 of ____

↓ THIS BOX FOR POLICE USE ONLY ↓

COMPLAINT NUMBER: MA _16_ - _0027496_

TIME INCIDENT OCCURRED:

BETWEEN _Friday_ DAY  _4_ / _15_ / _16_ DATE  _0701_ HOURS

AND _Friday_ DAY  _4_ / _15_ / _16_ DATE  _0800_ HOURS

ADDRESS OF INCIDENT: _19409 Milan_

↑ THIS BOX FOR POLICE USE ONLY ↑

↓ THIS BOX FOR POLICE USE ONLY ↓

Person writing statement is (Check all that apply)

☐ Person Reporting
☐ Witness
☐ Victim
☐ Property / Vehicle Owner
☐ Manager / Business Owner
☐ Other Involved

↑ THIS BOX FOR POLICE USE ONLY ↑

| TITLE | FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX (I, II, Sr, Jr) |
|---|---|---|---|---|
| Sgt | Keith | E | Kulak | |

STATE FULLY THE CIRCUMSTANCES PERTAINING TO THE EVENT:

On 4-15-16 I was the third person to Enter the Target house on the Breach plus Team. The Knock and announce was made by Cramer - Schwright rammed the Door. Davis Deployed a NFDD. We made entry, Dodge went left i encountered a male just about NFDD / prior to entry and Davis went left also. As a gun shot was heard. I felt something brush my inner right thigh. I'm not sure what it was. I continued to hold the back kitchen / Door Area as males were called down the stairs i Secured.

SIGNATURE _Keith Kulak_  DATE _4_ / _15_ / _16_  TIME _08_ : _00_  AM / PM

SIGNATURE OF PARENT / GUARDIAN / LOCO PARENTIS _____

REPORTING OFFICER SIGNATURE _____  BADGE ___

EXHIBIT
H