# SEALE SWAT CALL OUT
## ATTENDANCE SHEET

**Date:** 4/15/2016          **Report #** 16-06

**Time:** 0700

**Location:** 19408 Milan Drive     Maple Hts.   Ohio   44138

**Page Info:** Sitis sent report page on 4/13/16, selected members sent on 4/14/16

| Name | Available | Signature | Reason for Absence |
|------|-----------|-----------|---------------------|
| Dennis Bergansky | — | — | — |
| Frank Reed | — | | — |
| Glen Daniels | — | | — |
| Robert Soltis | YES | B. Soltis | — |
| Nick Rossi | YES | | — |
| Ron Dodge | yes | Bill Ruff ( ) | — |
| James Seawright | YES | | — |
| Dale Merchant | NO | | — |
| Mark Witkiewicz | YES | Mark Witk | — |
| Ben Lang | YES | | — |
| Mike Griffis | YES | | — |
| Rick Cramer | Yes | R.R. CRAMER #37 | — |
| Matt Berger | Yes | | — |
| Nick Kehl | NO | | — |
| Vince Walker | NO | | — |
| Keith Kulak | yes | | — |
| Steven Davis | yes | | — |
| Jeremy Blackstone | NO | | — |
| Sean Allred | — | | |
| Craig Wilson | yes | | Not needed |
| Mike Russo | yes | | Not needed |


_____

### C.O. Signature

4/07/2016


EXHIBIT
tabbies



BODYCAM 03/11/2016 15:57:12

Cuyahoga County Prosecutor's Office 5181803 128736 Y5936566-39 YK08

Cuyahoga County Prosecutor's Office 5181803 128736 Y5936566-40 1X08



Cuyahoga County Prosecutor's Office 5181803 128736 Y5596566-41 YH28



Cuyahoga County Prosecutor's Office 5181803 128736 Y5936566-42 XRX8

Cuyahoga County Prosecutor's Office 5181803 128736 V5936566-43 VKU8

ODYCAM

03/11/2016 15:57



# GARFIELD HEIGHTS POLICE DEPARTMENT
## CRIME SCENE DIAGRAM FORM

| SGA. NO. | INCIDENT LOCATION: | DATE |
|---|---|---|
| GH-16-06 | 19409 Milan Dr., Maple Hts | 4/15/16 |



APPROVING OFFICER

GH 04-01

Russi 032
DIAGRAM OFFICER

# GARFIELD HEIGHTS POLICE DEPARTMENT
## CRIME SCENE DIAGRAM FORM

| OCA NO. | INCIDENT LOCATION: | DATE |
|---|---|---|
| 16-06 | 19409 Milan | 4/15/16 |



| APPROVING OFFICER | DIAGRAM OFFICER |
|---|---|
| | Rossi |

GH 04-01

# GARFIELD HEIGHTS POLICE DEPARTMENT
## CRIME SCENE DIAGRAM FORM

| OCA NO. | INCIDENT LOCATION: | DATE |
|---|---|---|
| GH- | 19409 MILAN, MAPL HTF | 4/15/16 |



3RD FLOOR ATTIC

WINDOW

CHAIR

TV

(DOG) Room

Small Room

Closet / Guns / AMMO

BED

APPROVING OFFICER

GH 04-01

*Rossi*
DIAGRAM OFFICER

LIVING Room

Bedroom

Living Room

rest

Kitchen

Basement

Bed Room

OUT SIDE



Small Room Dog

BED

Closet

TV

ATTIC

Chimn

Stadow