IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANDREW CARR | ) | CASE NO. 1:17-cv-00620 |
| Plaintiff, | ) | JUDGE: DONALD C. NUGENT |
| v. | ) | |
| DETECTIVE ALFRED JOHNSON, *et al* | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 56(C) SUPPLEMENT**

Now comes Plaintiff, Andrew Carr, by and through his undersigned counsel, who hereby submits this supplement pursuant to Rule 56(C). Defendant Johnson stated in his reply that:

> Plaintiff wastes this Court's time citing to the transcript from the State Court's hearing on the Motion to Suppress, where Judge Astrab did not testify, regarding alleged threats against Judge Astrab and his family in arguing he was not a neutral magistrate for the purposes of the warrant in question. (Defendant Johnson's Reply, p. 1)

As a result of Defendant Johnson's statement Plaintiff requested a copy of the sentencing transcript in which Judge Astrab testified at sentencing regarding the impact this had on him, and his family. Exhibit A, Transcript 13-16.

WHEREFORE, Plaintiff prays this Honorable Court denying Defendant Alfred Johnson's Motion for Summary Judgment.

Respectfully submitted,

By: /s/ Joseph C. Patituce
Joseph C. Patituce (#0081384)
Megan M. Patituce (#0081064)
Patituce & Associates, LLC.
26777 Lorain Road, Suite 1
North Olmsted, Ohio 44070

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Supplement to Plaintiff's Rule 56(c) filing has been forwarded to all parties via the clerk's office electronic filing on the 22nd day of October, 2018.

          /s/ Joseph C. Patituce
          **JOSEPH PATITUCE (#0081384)**